CUYAHOGA COUNTY BAR ASSOCIATION *v.* DREHER.

[Cite as *Cuyahoga Cty. Bar Assn. v. Dreher* (2000), 88 Ohio St.3d 276.]

(No. 99–1896—Submitted December 15, 1999—Decided March 22, 2000.)

278

*Thomas J. Escovar, Otha M. Jackson* and *Justin F. Madden,* for relator.

*Mary L. Cibella,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for one year with the entire one-year suspension stayed. During this stay, respondent shall be on probation under terms which include an evaluation by a mental health professional approved by the relator whose report will be available to the relator. Respondent will accept any treatment or counseling recommended as a result of the evaluation. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.